cop/omi/omi and //1/2/5/6/7/14 criminal acts // US(18(73)(omi apx 28c)(13§ 24)(19)(69)(13§ 245)(15)(105)(13§ 246)(12)(11)(13§ 249)(65)(81)(13§ 242)(96)(93)(67) omi 28(40)(159)(111): omi 34(101 S,(7,10) per written unjustified denied access and research / in use of federal forms / no press // of counsel / no mr / no defenses / all complaints $5 billion

United States District Court
for the

**FILED**
JUL 15 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Dwelling Center
v.
Sheriff Javier Salazar

Petition For a Writ Of Habeas Corpus Under 28§ 2241

1. a) ttto ellemy labloma center
   b) Ellery Labloma Center / Ellery Labloma Center
2. a) Bexar County Add Adult Detention Center // Sheriff's Office
   b) 200 N. Comal 78207
   c) 0816667 // 0686667 // 00681667 / 0816670 / 0816670 / 00816670
3. other: —  4. pretrial detainee  5. pretrial detention
6. a) unknown
   b) NOM # 615886 // NM # 631809 2021 CR9095 / 211887750
   c) what decision or action  d) unknown.
7. yes. a) 1) U.S. District Court / Western Dist. of Texas
         2) 6/3/22
         3) 00571
         4) unknown
         5) unknown                    6. unknown
8. NO   b) filing                      9. NO
10. NO              11. NO                    12. NO
13. 8,1: cop/omi/omi // cap criminal acts of US 18(4) 5 // 14 criminal acts 0/ USC 18(64) (13§ 241)(19)(69)(12) (13§ 245)(15)(13§ 246)(73)(13§ 242)(96)(67)93)/ per moment of detention // denied release // possible moment for contact w/ court appointed / own family member of involvement /

a) Plaintiff is denied constitutional right "assistance of counsel" for defense according to amendment 6. Due to denied access to the ant research of the Law Library. Then cannot contact family members of involvement

or court appointed attorney attorney date 14/210/308/ 0600/ via Telephone and have yet received any return reply from the U.S. Postal Service according to those I have sought counsel of and law enforcement I am still awaiting.

§2: /complaint annul/1/4/14 criminal acts w/ US(18)(13§241) (19)(69)(12)(13§245)(15)(13§246)(73)(13§242)(96)(93)(67)(20)

a) Caused by acts of ground 1 the plaintiff's denied right to petition as due to lack or denials of counsel and is having difficulty even exacting complaint or as a petition due to the limitations that are obviously of needed presentation and or discovery of denied research

§3: /complaint annul/8/10/13/14// US(18)(77)(13§241)(19)(69)(12) (115)(13§245)(15)(13§249)(65)(11)(13§242)(96)(93)(67)(20) (130)(11313)/ per denied right per moment of forced servitude

a) By the denied securities of amendment 4 this is an omission of amendment 8 as an American citizen denied further rights as such am forced to endure all the above and the mental anguishes of ground 4

§4: /complaint annul/1/4/5/10/14// criminal acts US(18)(13§ 241)(19)(69)(12)(13§245)(15)(13§246)(73)(13§249)(65) (13§242)(96)(67)(93)(20)

a) Corporate denials of the Plaintiff's constitutional rights are intentional omissions of 5 and 14 as not deprivation but, denials of his life, his liberties and property as a citizen of America due to excessive ritual practices of all the above continually.

§5: /complaint annul/1/4/5/10/14// criminal acts US 18(13§ (9)(31)(13§241)(19)(69)(12)(13§245)(15)(13§242) (96)(93)(67)(20)

a) As of previous complaint yet to date have yet to remedy as a refusal those discrepencies on the Bexar County Sheriff's Dept. Pre/out, Pre out Summary Enclosed — data yet evidential none the less

15. Relief — immediate release expungement and compensation on all previously stated above as unaided amount of $100 billion per moment of detention

22.7.1.10                               UCC-308